| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Moody, James M | 2. Court or Organization<br><br>USDC, Eastern District of AR | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>600 West Capitol, Suite 381<br>Little Rock, AR 72201-3325 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ████Trust, Part VII , Line 53 |
| 2. Trustee | ████Trust2, Part VII, Line 82 |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 2:07 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Tutoring |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Regions Bank | A | Interest | J | T | | | | | |
| 4. Telco Fed. Credit Union | B | Dividend | K | T | | | | | |
| 5. A Very Special Tea Room | | None | | | | | | | See Note 1, Part VIII |
| 6. Regions Bank/Morgan Keegan (IRA) | D | Interest | L | T | | | | | See Note 4, Part VIII |
| 7. Janus Global Tech Fnd | A | Interest | J | T | | | | | See Note 5, Part VIII |
| 8. Vanguard Growth Index Fund (IRA) | A | Interest | L | T | | | | | |
| 9. BH&M Oil Comm. Stock | A | Dividend | J | T | | | | | |
| 10. Putnam Amer. Growth & Income Fnd | A | Dividend | J | T | | | | | |
| 11. Amer. Funds AMCAP Fnd | C | Dividend | L | T | | | | | |
| 12. Fidelity Eq. Aggr. Growth Fnd | A | Dividend | J | T | | | | | |
| 13. MSDW Competitive Edge Fnd | A | Dividend | L | T | | | | | |
| 14. ACCT 1-1 (Morgan Stanley) | | | | | | | | | |
| 15. Morgan Stanley Com. Stock | A | Dividend | K | T | | | | | |
| 16. Wal-Mart Stores Com. Stock | A | Dividend | K | T | | | | | |
| 17. MS Spectrum Technical | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  MS Spectrum Currency | A | Interest | J | T | | | | | |
| 19.  US Gov MM Trst Fnds | A | Interest | J | T | | | | | |
| 20.  ACCT 1-2 (IRA) (Morgan Stanley) | D | Int./Div. | P1 | T | | | | | See Note 2, Part VIII |
| 21.   - IShares Russell 2000 Value Fund | | | | | Sell Partial | 1/3 | K | A | |
| 22. | | | | | Sell Partial | 10/26 | J | A | |
| 23.   - IShares Russell 2000 Growth | | | | | Sell Partial | 10/26 | K | A | |
| 24. | | | | | Buy | 1/3 | K | | |
| 25.   - IShares Russell 1000 Gr Index | | | | | Sell Partial | 10/26 | K | A | |
| 26. | | | | | Buy | 1/3 | K | | |
| 27.   - IShares Russell 1000 Value Index | | | | | Sell | 1/3 | M | E | |
| 28.   - IShares Russell Midcap V Index Fd | | | | | Sell | 1/3 | K | A | |
| 29.   - IShares Russell Midcap G Index Fd | | | | | Buy | 1/3 | M | | |
| 30. | | | | | Sell Partial | 10/26 | K | A | |
| 31.   - IShares S&P Midcap 400 Value | | | | | Sell Partial | 1/3 | M | F | |
| 32. | | | | | Sell Partial | 10/26 | J | A | |
| 33.   - IShares S&P Midcap 400 Growth | | | | | Sell Partial | 10/26 | K | A | |
| 34. | | | | | Buy | 1/3 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - IShares S&P 500 Barra Val Index | | | | | Sell | 1/3 | K | C | |
| 36. - IShares S&P 500 Growth Index | | | | | Buy | 1/3 | L | | |
| 37. | | | | | Sell Partial | 10/26 | K | A | |
| 38. - IShares MSCI Emerging Mkts Fd | | | | | Buy | 12/26 | K | | |
| 39. - IShares S&P Europe 250 Mkt Fnd | | | | | Buy | 12/26 | M | | |
| 40. - IShares MSCI Japan Index Fnd | | | | | Buy | 12/26 | L | | |
| 41. - American Century Ultra Inv | | | | | Buy | 12/8 | K | | |
| 42. | | | | | Transfer | 12/14 | K | A | Trnsfr to Acct 1-5, Ln 80 |
| 43. - Liquid Asset MM Fund | | | | | Transfer | 12/18 | K | | Rcv fnds fm Ln 81 trnsactn |
| 44. ACCT 1-3 (Sterne Agee) | | | | | | | | | |
| 45. NLR AR School Dist. #1 | B | Interest | | | Redemption | 6/1 | L | A | |
| 46. LR AR School Dist. Ser. B | C | Interest | L | T | | | | | |
| 47. Pul Cnty AR Chldrn's Hosp. | A | Interest | K | T | | | | | |
| 48. Heber Springs School District | A | Interest | J | T | | | | | |
| 49. Fed Home Loan Mtge Corp Med Term Note | C | Interest | L | T | | | | | |
| 50. General Motors Corp Note | C | Interest | K | T | | | | | |
| 51. Muni Cash Trust Fnds | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AR St Rfdg Water Waste Disp & Pollution Muni Debt | A | Interest | L | T | Buy | 5/1 | L | | |
| 53. ACCT 1-4 (Fam Trust) (Sterne Agee) | E | Int./Div. | O | T | | | | | |
| 54. - AR Dev Fin Auth SFMR | | | | | Exchange | 12/5 | J | A | Exch for Hldg, Ln 59 |
| 55. - Greene Cnty AR Housing | | | | | | | | | |
| 56. - Pul Cnty AR Hsp Revs Chldm's Hosp | | | | | | | | | |
| 57. - Union Cnty AR Housing | | | | | | | | | |
| 58. - AR Div Fin Auth SFM Ser B | | | | | Partial Rdmp | 1/3 | J | A | |
| 59. | | | | | Exchange | 12/5 | J | A | Exch to Hldg, Ln 54 |
| 60. - Pul Cnty AR Hlth. Fac. Catholic | | | | | | | | | |
| 61. - UA-Faytvl Var Fac | | | | | | | | | |
| 62. - West Fork AR School Dist | | | | | Redemption | 6/1 | K | A | |
| 63. - Jonesboro AR Res Housing | | | | | | | | | |
| 64. - Drew Cty AR School Dist 5 | | | | | | | | | |
| 65. - Rogers AR School Dist | | | | | | | | | |
| 66. - Brookland AR School Dist | | | | | Redemption | 2/1 | L | A | |
| 67. - Springdale AR Sch Dist #50 | | | | | | | | | |
| 68. - Booneville AR School Dist | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Heber Springs AR School District | | | | | | | | | |
| 70. - Springdale AR SD050 | | | | | | | | | |
| 71. - LR AR Hlth Fac Bd Baptist Med Center | | | | | | | | | |
| 72. - Conway AR Pub Fac Bd Cap Impts Rev Ref Hendrix | | | | | | | | | |
| 73. - Paragrould AR Water & Sewer Rev B/E | | | | | | | | | |
| 74. - AR St Rfdg Water Waste Disp & Poll C B/E | | | | | Buy | 1/6 | L | | |
| 75. - AR St Univ Rev Hsg Sys FGIC B/E | | | | | Buy | 1/25 | L | | |
| 76. - NLR Hlth Fac Bd Hlth Care RV Ref Bap Hlth B/E | | | | | Buy | 8/8 | K | | |
| 77. ACCT 1-5 (IRA) (Morgan Stanley) | A | Interest | J | T | | | | | |
| 78. - MS Liquid Asset MM Fnds | | | | | | | | | |
| 79. -Activision, Inc. | | | | | | | | | |
| 80. - American Century Ultra Inv | | | | | Transfer | 12/14 | K | | Rcvd frm Acct 1-2, Ln 42 |
| 81. | | | | | Sell | 12/18 | K | A | |
| 82. ACCT 1-6 ▮▮▮▮rust2) | | | | | | | | | |
| 83. -- ▮▮▮▮Van Buren Cnty, AR | | None | L | W | | | | | |
| 84. - ACCT 1-6.a▮▮▮Trust2) (EDI Fin Inc) | E | Int./Div. | M | T | | | | | |
| 85. -- First Southwest Prime MM Fnds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - ABN AMRO Holding NV | | | | | | | | | |
| 87. - AT&T | | | | | | | | | |
| 88. - AKZO Nobrl NV | | | | | | | | | |
| 89. - Albertsons, Inc. | | | | | Sell | 4/28 | J | A | |
| 90. - Alcoa, Inc. | | | | | | | | | |
| 91. - BP Amoco | | | | | | | | | |
| 92. - BT Group | | | | | Sell | 5/2 | J | | |
| 93. - Banco Bilbaovizcaya | | | | | | | | | |
| 94. - Banco Santander Cen | | | | | | | | | |
| 95. | | | | | Buy | 3/13 | J | | |
| 96. - Bank of America Corp (formerly MBNA Corp hldg) | | | | | Merger | 1/3 | J | A | See Ln 136 |
| 97. - Baxter Int. Inc. | | | | | | | | | |
| 98. - Bayerische | | | | | | | | | |
| 99. - Berkshire Hathaway, Inc. | | | | | | | | | |
| 100. - Brasil Telecom | | | | | Sell | 1/30 | J | A | |
| 101. - Bristol Myers Squibb Co. | | | | | | | | | |
| 102. - CBS Corp | | | | | Buy | 1/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sell | 3/13 | J | A | |
| 104. - CIT Group, Inc. | | | | | | | | | |
| 105. - Chubb Corp. | | | | | | | | | |
| 106. - Clear Channel Communications | | | | | Sell | 5/2 | J | A | |
| 107. - Coca-Cola Co. | | | | | | | | | |
| 108. - Costco | | | | | | | | | |
| 109. - Deutsche Telekom | | | | | Sell | 9/18 | J | A | |
| 110. - Walt Disney Co. | | | | | Sell Partial | 11/22 | J | A | |
| 111. - Dow Chemical Co. | | | | | | | | | |
| 112. | | | | | Buy | 2/13 | J | | |
| 113. - DuPont E I DeNemours & Co. | | | | | Sell | 3/10 | J | A | |
| 114. - Federated Dept. Stores | | | | | | | | | |
| 115. - First Data Corp. | | | | | Sell | 11/21 | J | A | See Note 3, Part VIII |
| 116. - Fiserv, Inc. | | | | | | | | | |
| 117. - General Motors Corp. | | | | | | | | | |
| 118. - GlaxoSmithKline | | | | | | | | | |
| 119. - Hitachi Limited | | | | | Sell | 3/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - IBM Corp. | | | | | | | | | |
| 121. | | | | | Buy | 6/13 | K | | |
| 122.  - ING Groep | | | | | | | | | |
| 123.  - Intel Corp. | | | | | Buy | 2/22 | K | | |
| 124.  - International Paper Co. | | | | | | | | | |
| 125.  - J. Sainsbury | | | | | | | | | |
| 126.  - J.P. Morgan Chase & Co. | | | | | | | | | |
| 127.  - Johnson & Johnson, Inc. | | | | | | | | | |
| 128.  - Jones Apparel Group, Inc. | | | | | | | | | |
| 129.  - Kimberly-Clark Corp. | | | | | | | | | |
| 130.  - Koninklijke | | | | | | | | | |
| 131.  - Kraft Foods, Inc. | | | | | Sell | 2/28 | L | A | |
| 132.  - Lafarge S.A. | | | | | | | | | |
| 133.  - Lexmark Int. Group | | | | | | | | | |
| 134. | | | | | Buy | 5/5 | K | | |
| 135.  - Limited Brands, Inc. | | | | | | | | | |
| 136.  - MBNA (now BAC) | | | | | Merger | 1/3 | J | | See Ln 96 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - MGIC Investment Corp. | | | | | | | | | |
| 138.  - Markel Corp. | | | | | | | | | |
| 139.  - Matsushita Elec. Ind. | | | | | | | | | |
| 140.  - McDonalds Corp. | | | | | Sell Partial | 11/17 | J | A | |
| 141.  - Merck & Co., Inc. | | | | | Sell | 7/19 | J | A | |
| 142.  - Microsoft Corp. | | | | | | | | | |
| 143.  - Micron Technology, Inc. | | | | | Sell | 2/7 | K | A | |
| 144.  - Neenah Paper, Inc. | | | | | | | | | |
| 145.  - PNC Bank | | | | | | | | | |
| 146.  - Petroleo Brasileiro SA | | | | | | | | | |
| 147.  - Pfizer, Inc. | | | | | | | | | |
| 148.  - Portugal Telecom | | | | | Sell | 9/15 | J | A | |
| 149.  - Public Service Ent. Group, Inc. | | | | | | | | | |
| 150.  - Repsol SA | | | | | | | | | |
| 151.  - Scottish Hydro Elec. (formerly Scottish Power) | | | | | Merger | 5/18 | J | A | |
| 152.  - Scottish Hydro Elec. | | | | | Sell | 9/11 | J | A | |
| 153.  - Sumitomo Mitsui | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | Pl =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - TXU Corp. | | | | | | | | | |
| 155. - Taiwan Semiconductor Mfg. | | | | | | | | | |
| 156. - Telecentro Oeste Celular (now Vivo Participacoes SA) | | | | | Merger | 4/5 | J | | See Ln 168 |
| 157. - Telecom Italia | | | | | Sell | 9/7 | J | A | |
| 158. - Telebras | | | | | Sell | 8/25 | J | A | |
| 159. - Telefonica de Espana SA | | | | | | | | | |
| 160. - Telefonos de Mexico | | | | | | | | | |
| 161. - Teleleste Celular (now Vivo Participacoes SA) | | | | | Merger | 4/5 | J | | See Ln 168 |
| 162. - Telesp Celular (now Vivo Participacoes SA) | | | | | Merger | 4/5 | J | | See Ln 168 |
| 163. - Tim Participacoes | | | | | | | | | |
| 164. - UST, Inc. | | | | | Sell | 3/20 | J | A | |
| 165. - Unilever NV | | | | | | | | | |
| 166. - Unisys Corp. | | | | | Sell | 9/11 | J | A | |
| 167. - Viacom, Inc. | | | | | Sell | 3/13 | J | A | |
| 168. - Vivo Participacoes SA | | | | | Merger | 4/5 | J | A | See Lns 156, 161, 162 |
| 169. | | | | | Buy | 9/19 | J | | |
| 170. - Walgreen Co. | | | | | Sell | 4/6 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Washington Mutual, Inc. | | | | | | | | | |
| 172.  - Wells Fargo & Co. | | | | | | | | | |
| 173.  - Western Union | | | | | Buy | 10/19 | J | | |
| 174.  - Willis Group Holdings, Ltd. | | | | | Sell | 4/24 | J | A | |
| 175.  - Calamos Growth CL C | | | | | | | | | |
| 176. | | | | | Buy | 11/16 | J | | |
| 177.  - Davis NY Venture CL C | | | | | | | | | |
| 178. | | | | | Buy | 12/1 | J | | |
| 179.  ACCT 2-1 (MS) | | | | | | | | | |
| 180.  - Money Trust MM Fnds | A | Interest | J | T | | | | | |
| 181.  - Chevron Texaco | A | Dividend | J | T | | | | | |
| 182.  - Intel | A | Dividend | | | Sell | 11/3 | J | A | |
| 183.  - First Horizon National Corp. | A | Dividend | K | T | | | | | |
| 184.  - SunTrust Banks | A | Dividend | J | T | | | | | |
| 185.  - General Electric Co. | A | Dividend | K | T | | | | | |
| 186.  - Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 187.  - Duke Energy Corp | A | Dividend | | | Exchange | 4/3 | J | | Exch to hldg, Ln |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 188 |
| 188. - Duke Energy Holding Co | A | Dividend | J | T | Exchange | 4/3 | J | A | Exch for hldg, Ln 187 |
| 189. - Sotheby's Holding, Inc. | | None | J | T | | | | | |
| 190. - Spectra Energy Corp | A | Dividend | J | T | Buy | 12/20 | J | | |
| 191. ACCT 2-2 (IRA) (MS) | D | Dividend | M | T | | | | | |
| 192. - Liquid Asset MM funds | | | | | | | | | |
| 193. - Fedex Corp. | | | | | | | | | |
| 194. - Intel | | | | | Sell Partial | 11/3 | J | B | |
| 195. - General Electric | | | | | | | | | |
| 196. - Qualcomm, Inc. | | | | | | | | | |
| 197. - Wal-Mart Stores | A | Dividend | | | Sell | 11/3 | J | A | |
| 198. - Yahoo, Inc. | | | | | | | | | |
| 199. - Healthways, Inc. (formerly Amer. Healthways) | | | | | Name Change | 2/2 | | | |
| 200. - MS Flexible Income Trust B | | | | | | | | | |
| 201. - Activision Inc | | | | | Buy | | | | |
| 202. ACCT 2-3 (Trust) (MS) | D | Int./Div. | M | T | | | | | See Note 4, Part VIII |
| 203. - Active Assets MM Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. - Cisco | | | | | Sell Partial | 11/14 | J | D | |
| 205. - Dell Computer | | | | | | | | | |
| 206. - General Electric | | | | | | | | | |
| 207. - Microsoft | | | | | | | | | |
| 208. - Carrier I | | | | | | | | | |
| 209. - Morgan Stanley | | | | | | | | | |
| 210. - Dominion Res. | | | | | Sell | 4/19 | J | B | |
| 211. - Lyondell Chemical | | | | | | | | | |
| 212. - Brazos Cnty TX Health Facs. | | | | | | | | | |
| 213. - Harris Cnty TX Health Facs. | | | | | | | | | |
| 214. - Harris Cnty TX Gen Ob | | | | | Redeem | 10/2 | J | A | |
| 215. - Tarrant Cnty TX Health Resources Tacs. | | | | | | | | | |
| 216. - MS Tax Exempt Sec | | | | | | | | | |
| 217. ACCT 2-4 (IRA) (MS) | E | Int./Div. | N | T | | | | | |
| 218. - Liquid Asset Fund | | | | | | | | | |
| 219. - IShares Russell 2000 Value | | | | | Sell Partial | 1/3 | J | C | |
| 220. | | | | | Sell | 5/19 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. - IShares Russell 2000 Growth | | | | | | | | | |
| 222. | | | | | Buy | 1/3 | J | | |
| 223. | | | | | Sell | 5/19 | K | D | |
| 224. - IShares Russell 1000 Growth | | | | | | | | | |
| 225. | | | | | Buy | 1/3 | J | | |
| 226. | | | | | Sell | 5/19 | K | C | |
| 227. - IShares Russell 1000 Value | | | | | Sell | 5/19 | K | D | |
| 228. - IShares Russell Midcap Value | | | | | Sell | 1/3 | J | A | |
| 229. - Ishares S&P Midcap 400 Value | | | | | Sell | 1/3 | L | E | |
| 230. - IShares S&P Midcap 400 Growth | | | | | | | | | |
| 231. | | | | | Buy | 1/3 | K | | |
| 232. | | | | | Sell | 5/19 | K | C | |
| 233. - IShares S&P 500 Barra Value | | | | | Sell | 1/3 | J | B | |
| 234. - IShares Russell Midcap G In Fnd | | | | | Buy | 1/3 | K | | |
| 235. | | | | | Sell | 5/19 | K | A | |
| 236. - IShares S&P 500 Gr Ind Fnd | | | | | Buy | 1/3 | K | | |
| 237. | | | | | Sell | 5/19 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238.  - San Diego Cnty CA Pension Ob Ser | | | | | Buy | 12/11 | M | | |
| 239.  - Vernon CA Elec Sys Rev Ser | | | | | Buy | 12/11 | L | | |
| 240.  - Nebraska Pub Pwr Dist Rev-A | | | | | Buy | 12/11 | L | | |
| 241.  - MEAG PJ One | | | | | Buy | 12/11 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Part VII, Line 5 -- No assets; retain public rights only.

Note 2: Part VII, Line 20 -- CY 2005 Report at Line 20, Col. C(1) erroneously shown as "L" should have been "O".

Note 3: Part VII, Line 115 -- CY 2005 Report at Line 107, Col. D(1) erroneously shown as "sell;" should have been "partial sell."

Note 4: Part VII, Line 6 -- CY 2005 Report at Line 6 erroneously shown as part of asset on Line 7; should have been shown as separate asset; same values as CY 2006.

Note 5: Part VII, Line 7 -- CY 2005 Report at Line 7 erroneously shown as part of asset on Line 6; should have been shown as a separate asset.

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date  May 14, 2007

NOTE: ANY ~~INDIVIDUAL~~ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544